Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 10, 2026

**By ECF and Email**

Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Juan Carlos Rojas Escobar*, 26 Mag. 1151 (UA)**

Dear Judge Figueredo,

I write to respectfully request a modification of Mr. Rojas's bail conditions to replace home detention with standalone GPS monitoring. Pretrial Services Officer Ashley Cosme contacted defense counsel and the Government to request this modification, as Mr. Rojas works as an EMT and must travel throughout the city at all hours — making home detention unworkable. Mr. Rojas remains in full compliance with all conditions of his release. Pretrial Services supports this modification, and the Government does not object.

Respectfully,

/s/ Nora Stephens
Assistant Federal Defender
212-417-8700

cc: AUSA Lauren Phillips
Pretrial Services Officer Ashley Cosme

8/10/26
Application granted.